The motion was based on the possibility that one or more jurors may have consented to the verdict under the erroneous impression that it could be corrected on appeal.

The motion was properly denied. Testimony by a juror, as to the reasons for the jury's decision, cannot be used to impeach the jury's verdict. Walker v. United States, (9 Cir. 1962) 298 F.2d 217, 226.

The judgment is affirmed. The mandate will issue forthwith.

Before HAYNSWORTH, Chief Judge, and BUTZNER, and RUSSELL, Circuit Judges.

PER CURIAM:

Lee Odith Wickline appeals from the dismissal of a complaint in which he seeks review of the Veterans Administration's denial of his claim for disability compensation. The federal courts, however, have no jurisdiction to review this decision of the Veterans Administration. 38 U.S.C. § 211(a), as amended, Pub.L. 91-376 (1970).

Dispensing with oral argument, we affirm the district court's order of dismissal.

**Lee Odith WICKLINE, Appellant,**

**v.**

**W. A. BROOKS, Chief, Administrative Division**

**and**

**G. R. Britton, Adjudication Officer, The Veterans Administration, Appellees.**

**No. 15432.**

United States Court of Appeals, Fourth Circuit.

Aug. 24, 1971.

**Clarence SIMMONS, Petitioner-Appellant,**

**v.**

**UNITED STATES BOARD OF PAROLE et al., Respondents-Appellees.**

**No. 71-1912.**

United States Court of Appeals, Fifth Circuit.

Aug. 16, 1971.

Clarence L. Simmons, pro se.

John W. Stokes, Jr., U. S. Atty., Richard H. Still, Jr., Atlanta, Ga., for respondent-appellees.